UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEVERLY L. YAKEL,

     Plaintiff,

v.

     Case No. 1:25-cv-253

     HONORABLE PAUL L. MALONEY

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration.  42 U.S.C. § 405(g).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on February 23, 2026, recommending that the Commissioner's decision be reversed and remanded.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 18) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is REVERSED AND REMANDED pursuant to sentence four of 42 U.S.C. § 405(g).  On remand the Commissioner should re-evaluate Dr. Stafford's February 22, 2023, opinion for supportability and consistency as required under the regulations.

A Judgment will be entered consistent with this Order.

Dated:  March 12, 2026                /s/  Paul L. Maloney
                                          Paul L. Maloney
                                          United States District Judge