UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEVERLY L. YAKEL,

     Plaintiff,

                              Case No. 1:25-cv-253

v.

                              HONORABLE PAUL L. MALONEY

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

_____/

**JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  March 12, 2026                      /s/  Paul L. Maloney
                                            Paul L. Maloney
                                            United States District Judge